**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **VININGS INSURANCE COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:16-cv-00445-DAE** |
| | § | |
| **TODD HUGHES, and PASADERA** | § | |
| **BUILDERS, LP,** | § | |
| | § | |
| **Defendants.** | § | |

**REPORT ON ALTERNATIVE DISPUTE RESOLUTION IN COMPLIANCE WITH**
**LOCAL RULE CV-88**

TO THE HONORABLE DAVID A. EZRA, U.S. DISTRICT JUDGE:

Plaintiff, Vinings Insurance Company (Vinings), and Defendant, Todd Hughes (Hughes),

jointly file this ADR Report in accordance with Local Rule CV-88, showing:

1.   Vinings sought to compel mediation of the dispute on July 1, 2016 and Pasadera objected.  The Motion to Compel Mediation (Dkt. # 18) was denied by this Court on July 28, 2016.

2.   The person(s) responsible for settlement negotiations are:

     Plaintiff:    Camille Johnson, counsel for Vinings.

     Defendant:    Stephen Walraven, counsel for Hughes.

3.   Vinings and Hughes agree that mediation with Lee Shidlofsky is acceptable, with costs split equally among all parties who or that participate. Vinings and Hughes agree to conduct the mediation session in San Antonio, Texas on a mutually agreeable date at the offices of Langley & Banack, Inc.

4.   Vinings and Hughes agree to mediate under the terms established by the mediator.

5.   As of the filing of this ADR Report, Pasadera has not agreed to the positions of Vinings and Hughes.

Respectfully submitted,

SAVRICK, SCHUMANN, JOHNSON, MCGARR, KAMINSKI & SHIRLEY, L.L.P.


By: _Camille Johnson_
    Camille Johnson
    State Bar No. 10686600
    6440 N. Central Expressway, Suite 107
    Dallas, Texas 75206
    Phone: (214) 368-1515
    Fax: (214) 292-9647
    Email: camille@ssjmlaw.com

    *COUNSEL FOR VININGS INSURANCE COMPANY*


LANGLEY & BANACK, INC.

By: /s/ Stephen E. Walraven (with permission)
    Stephen E. Walraven
    State Bar No. 20796800
    745 E. Mulberry, Suite 900
    San Antonio, Texas 78212
    Phone: (210) 736-6600
    Fax: (210) 735-6889
    Email: swalraven@langleybanack.com

    *COUNSEL FOR TODD HUGHES*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record.

Stephen E. Walraven
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212

*ATTORNEY FOR TODD HUGHES*

Colin L. Guy
Leonard J. Meyer
ZIMMERMAN, AXELRAD, MEYER, STERN & WISE, P.C.
3040 Post Oak Boulevard, Suite 1300
Houston, Texas 77056-6560

*ATTORNEYS FOR PASADERA BUILDERS*

Camille Johnson
Camille Johnson